# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAGNACHIP SEMICONDUCTOR FINANCE COMPANY, *et al.*[1],<br><br>    Debtors. | Chapter 11<br><br>Case No. 09-12008 (PJW)<br><br>Jointly Administered |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>    Plaintiff,<br><br>    v.<br><br>UBS SECURITIES, LLC, UBS AG, STAMFORD BRANCH, UBS LOAN FINANCE, LLC and KOREAN EXCHANGE BANK,<br><br>    Defendants. | Adversary No. 09-52020 (PJW) |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Bankruptcy Procedure 7041, the Official Committee of Unsecured Creditors (the "Committee" or "Plaintiff"), hereby requests that the above-captioned adversary proceeding be dismissed with prejudice. No answer has been filed by this defendant.

---

[1] The Debtors in these cases are: MagnaChip Semiconductor Finance Company; MagnaChip Semiconductor LLC; MagnaChip Semiconductor, Inc.; MagnaChip Semiconductor SA Holdings LLC; MagnaChip Semiconductor S.A.; and MagnaChip Semiconductor B.V.

**DRINKER BIDDLE & REATH LLP**

/s/ Howard A. Cohen
Howard A. Cohen (DE 4082)
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

- and -

**LOWENSTEIN SANDLER PC**
Kenneth A. Rosen, Esq.
John K. Sherwood, Esq.
Jeffrey D. Prol, Esq.
Nicole Stefanelli, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400

Co-Counsel to the Official Committee of
Unsecured Creditors